**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-10891

Non-Argument Calendar

_____

JOHN RANDALL FUTCH,

*Plaintiff-Appellant,*

*versus*

FEDEX GROUND,

*Defendant,*

U.S. ATTORNEY GENERAL,
UNITED STATES OF AMERICA,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:22-cv-00295-RSB-CLR

_____

Before NEWSOM, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

John Futch, proceeding pro se, appeals the district court's dismissal of his civil complaint against former United States Attorney General Merrick B. Garland, the United States of America, and all Federal Agencies (collectively, "Federal Defendants"). The district court dismissed the Federal Defendants after determining that they were entitled to sovereign immunity. Futch now contends that the proceedings below included assorted "plain error[s]" and "structural error[s]." He has also filed in this court a motion for leave to file a supplemental appendix, consisting of documents that he concedes were not part of the record in the district court, and a motion to seal that supplemental appendix.

Considering first his motion to file a supplemental appendix, "[w]e rarely enlarge the record on appeal to include material not before the district court which has labored without the benefit of the proffered material." *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1330 (11th Cir. 2000). We decline to exercise our discretion to do so here, because "the proffered material" would not "establish beyond any doubt the proper resolution of the pending issue[]." *Id.* Accordingly, Futch's motion to file a supplemental appendix is denied, and his accompanying motion to seal the supplemental appendix is denied as moot.

We turn next to the substance of Futch's appeal. While pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys, a court may not "serve as de facto counsel for a party." *Campbell v. Air Jam. Ltd.*, 760 F.3d 1165, 1168–69 (11th Cir. 2014) (citation modified). Furthermore, "issues not briefed on

appeal by a pro se litigant are deemed abandoned." *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008) (citation modified). An appellant "fails to adequately brief a claim when he does not plainly and prominently raise it." *Sapuppo v. Allstate Floridian Ins. Co.*, 739 F.3d 678, 681 (11th Cir. 2014) (citation modified).

Futch failed to argue that the district court should not have dismissed the Federal Defendants for lack of subject-matter jurisdiction in his initial brief. To the extent he raised the issue at all in his reply brief, "we do not address arguments raised for the first time in a pro se litigant's reply brief." *Timson*, 518 F.3d at 874 (citation modified). Therefore, this argument is abandoned even under the more lenient standards that apply to pro se litigants.

We **AFFIRM** the district court's dismissal of the Federal Defendants. Futch's motion for leave to file a supplemental appendix is **DENIED**. We sua sponte strike the proposed supplemental appendix at Docket Entries 36-1 and 37-1. Accordingly, Futch's motion to seal the supplemental appendix is **DENIED AS MOOT**.

**AFFIRMED.**